IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.  1:18-cv-00623-JCH-LF

$57,586.00 IN U.S. CURRENCY,

    Defendant-in-rem,

and

VERNON GATLIN,

    Claimant.

# ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The magistrate judge filed her Proposed Findings and Recommended Disposition on May 22, 2019. Doc. 40. The proposed findings notified claimant Vernon Gatlin of his ability to file objections within fourteen (14) days, and that failure to do so waives appellate review. Doc. 40 at 4. To date, Vernon Gatlin has not filed any objections, and there is nothing in the record indicating that the proposed findings were not delivered.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The magistrate judge's Proposed Findings and Recommended Disposition (Doc. 40) is ADOPTED; and

2. Claimant Vernon Gatlin's verified claim (Doc. 5) is DISMISSED with prejudice.

                                                      UNITED STATES DISTRICT JUDGE